**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO: 5:05CR9**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
|         **Plaintiff**    ) | |
| **vs.**    ) | |
|     ) | **ORDER** |
| **BRENDON GERARD STEELE,**    ) | |
|         **Defendant.**    ) | |
|     ) | |

        **THIS MATTER IS BEFORE THE COURT** in response to a handwritten letter from the defendant, Brendon Steele, to Senior United States District Judge Graham C. Mullen received February 14, 2006. In the letter, the defendant appears both to request a bond hearing and to express concerns about the performance of his retained counsel, Kenneth Snow. It is the longstanding policy of this Court not to entertain *pro se* motions from defendants represented by counsel, and therefore, that portion of Mr. Steele's letter which can be interpreted as a motion for bond is **DENIED** as moot, without prejudice to Mr. Steele's ability to bring the motion again, if appropriate, after consulting with his counsel. However, due to the concerns expressed by Mr. Steele concerning his current relationship with his attorney, Kenneth Snow, the matter will be placed on for an inquiry to counsel hearing when the undersigned is next in Court.

        **IT IS THEREFORE ORDERED** that, to the extent Mr. Steele's letter to Judge Mullen may be fairly interpreted as a motion for bond, that motion is **DENIED** as moot. The Clerk is directed to put the case on for inquiry to counsel at the earliest possible time.

Signed: February 27, 2006

David C. Keesler
United States Magistrate Judge